## CERTIFICATION OF VIRUS PROTECTION SOFTWARE
## AND COMPLIANCE

I hereby certify that this Brief complies with the protection requirement for briefs in digital format of Local Rule 32(a)(1)(E) because the Portable Document Format (PDF) of the brief has been scanned for viruses by the anti-virus software Symantic AntiVirus Corporate Edition 10.1.5.5000 real time scanning and no virus has been detected.

I further certify that the hard copy of the Brief of Appellees County of York, York County Prison, and Adam Ogle in His Official Capacity as York County Prison Warden is identical to the electronic version.

Executed this 3rd day of May, 2023.

/s/ *Adam M. Shienvold*
Adam M. Shienvold, Esquire